■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMINK MARTIN, Appellant. [993 NYS2d 891]—Judgment of resentence, Supreme Court, New York County (Thomas A.

Farber, J.), rendered June 26, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 25 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Renwick, Moskowitz, Richter and Kapnick, JJ.